JANET M. HEROLD
Regional Solicitor
SUSAN SELETSKY
Wage and Hour Counsel (176106)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, California 90071
Telephone: (213) 894-4983
Facsimile: (213) 894-2064
Email: seletsky.susan@dol.gov

Attorneys for Plaintiff Secretary of Labor

## UNITED STATES DISTRICT COURT

### District of Arizona

|  |  |
|---|---|
| **EUGENE SCALIA**, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>**STRATIS CONSTRUCTION, INC**., an Arizona corporation;<br>**STRATIS MATHEOS**, an individual;<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT** |

1.      Plaintiff Eugene Scalia, Secretary of Labor, U.S. Department of Labor ("Secretary"), brings this action to enjoin Defendants Stratis Construction, Inc. and its owner, Stratis Matheos ("Defendants"), from violating provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or "Act"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), and to recover amounts owed under the FLSA to employees of Defendants as listed on the attached Exhibit A.

2.      This Court has subject matter jurisdiction under Section 17 of the FLSA, 29 U.S.C. § 217; this Court also has subject matter jurisdiction under 28 U.S.C. § 1331

(federal question) and § 1345 (United States as Plaintiff).

3. Venue is proper because the actions giving rise to this Complaint took place in this judicial district.

4. Defendant Stratis Construction, Inc. is, and at all relevant times has been, an Arizona corporation, located at 801 W. Maryland Avenue, Phoenix, AZ 85013.

5. Defendant Stratis Matheos, an individual, on information and belief, resides in this judicial district and is, and at all relevant times has been, acting directly or indirectly in the interest of the corporate defendant in relation to its employees.

6. Defendant Stratis Construction, Inc. is and at all relevant times has been engaged in related activities performed through unified operation or common control for a common business purpose and is and at all relevant times has been an enterprise within the meaning FLSA Section 3(r), 29 U.S.C. § 203(r).

7. Defendant Stratis Construction, Inc. is and at all relevant times has been an enterprise engaged in commerce within the meaning of FLSA Section 3(s)(1)(A), 29 U.S.C. 203 § 203(s)(1)(A), in that said enterprise at all times had employees handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce, and an annual gross volume of sales made or business done of not less than $500,000.

8. Defendants violated the provisions of Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by failing to pay their employees who were employed in an enterprise engaged in commerce a premium of time and one half the employee's regular rate for hours worked in excess of forty hours in a workweek.

9. Defendants violated the provisions of sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to make, keep, and preserve adequate and accurate records of their employees and the wages, hours and other conditions and practices of employment maintained by them as prescribed by regulations duly issued pursuant to authority granted in the Act and found in 29 C.F.R. Part 516.

10. (a) During the period of July 14, 2017 to July 12, 2019, Defendants violated

**Complaint**

the above-described provisions of the FLSA.

(b) As a result of the violations of the monetary provisions of the FLSA, there is unpaid overtime compensation due under the FLSA that is being withheld by the Defendants.

(c) A judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by Section 17 of FLSA, 29 U.S.C. §217.

(d) A judgment enjoining and restraining the continued withholding of unpaid overtime compensation due under the FLSA is specifically authorized by Section 17 of the FLSA, 29 U.S.C. §217.

(e) Judgment awarding unpaid overtime compensation due under the FLSA, plus an additional amount, as liquidated damages, that is equal to the amount of unpaid wages due under the FLSA, is specifically authorized by FLSA § 16(c), 29 U.S.C. § 216(c).

**WHEREFORE**, cause having been shown, Plaintiff prays for a judgment against Defendants as follows:

(a)     For an Order pursuant to section 17 of the Act, 29 U.S.C. § 217, permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the overtime and recordkeeping provisions of the FLSA, 29 U.S.C. §§ 207, 211; and

(b)     For an Order

(1)     pursuant to section 16(c) of the Act. 29 U.S.C § 216(c), finding Defendants liable for unpaid overtime compensation due Defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A; or in the event liquidated damages are not awarded;

(2)     pursuant to section 17 enjoining and restraining Defendants, their officers, agents, servants, employees and those persons in active concert or participation

**Complaint**

with Defendants, from withholding payment of unpaid back wages found to be due Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. 6621; and

      (c)    For an Order granting such other and further relief as may be necessary or appropriate.

Dated:  June 10, 2020

KATE S. O'SCANNLAIN
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

  /SusanSeletsky
SUSAN SELETSKY
Wage and Hour Counsel

Attorneys for the Secretary of Labor
U.S. Department of Labor

**Complaint**

| Employee Name | EXHIBIT A | | | |
|---|---|---|---|---|
| D Gastelum Lizarraga, Juan | | | | |
| L Cordova Beltran, Sergio | | | | |
| Lucio Casillas, Juan | | | | |
| Cruz Pena, Fernando | | | | |
| De la Rosa, Manuela | | | | |
| De La Rosa, Manuel | | | | |
| Imelda, Refugio | | | | |
| Valenzuela, Osvaldo | | | | |
| Angel Cardenas Aguilar, Miguel | | | | |
| Hernandez, Edgar | | | | |
| Espinoza, Mirza | | | | |
| Check Cashing, Amigo | | | | |
| Kantun, Felipe | | | | |
| Acuna, Marcos | | | | |
| I Cadena Lopez, Edgar | | | | |
| Tapia, Estheia | | | | |
| Espinoza, Yarely | | | | |
| Ugalde Ramirez, Socorro | | | | |
| Acuna, Karla | | | | |
| Gomez, Berta | | | | |
| H Lopez, Stephanie | | | | |
| Maira Lopez, Rosa | | | | |
| Valenzuela, Luis | | | | |
| Breedlove {P}, Edith | | | | |
| Diaz, Neptali | | | | |
| Guitron Jr., Mauricio | | | | |
| Diaz, Jaime | | | | |
| Judith Lopez Rubio, Marisela | | | | |
| Luis Aguilera, Jose | | | | |
| Sanchez, Micheal | | | | |
| V Fierro, Cecilia | | | | |
| D Trejo Gomez, Dilan | | | | |
| Solis, Gabriela | | | | |
| Duarte, Jorge | | | | |
| Duarte, Miguel | | | | |
| Leon Perez, Gilbert | | | | |
| Leon Perez, Gilberto | | | | |
| Montoya, Jose | | | | |
| T Lopez Cortez, Maria | | | | |

| | | | | |
|---|---|---|---|---|
| Duran, Natividad | | | | |
| Sota, Hector | | | | |
| Tapia, Eduardo | | | | |
| Torres, Jesus | | | | |
| Rodriques, Ramon | | | | |
| H Salas, Salvador | | | | |
| C Ballesteros, Antonio | | | | |
| Acuna, Eder | | | | |
| Serrano Flores, Brandon | | | | |
| R Ornelas, Juan | | | | |
| Solis, Martin | | | | |
| Adrian Ortega, Julio | | | | |
| Burciaga, Cesar | | | | |
| Garcia, Ana | | | | |
| Cota, Jesus | | | | |
| Ruiz Felix {R}, Bernardo | | | | |
| Guerra, Victor | | | | |
| Adame {O}, Elda | | | | |
| Ortiz {O}, Naomi | | | | |
| Corral Vega, Jesus | | | | |
| Cabrera, Saul | | | | |
| Armando Moreno, Luis | | | | |
| Gonzalez, Edwin | | | | |
| Gonzalez, Zelene | | | | |
| Magdaleno, Luis | | | | |
| A Morales, Luis | | | | |
| A Carrillo Bailon, Erick | | | | |
| Horacio Sanchez Gallegos, Wili | | | | |
| J Jaramillo-Hernandez, Juan | | | | |
| C Montes Gonzalez, Angel | | | | |
| Garcia, Andres | | | | |
| Peralta, Daniel | | | | |
| A. Morales Anzueto {P}, Mario | | | | |
| Ramirez, Jesus | | | | |
| Alfredo Benitez Valdez, Miguel | | | | |
| Lopez Martinez, Josue | | | | |
| Martinez, Daniel | | | | |
| E Ramirez, Jesus | | | | |
| Ramirez Perez, Erasmo | | | | |
| R Arias Martinez, Jose | | | | |
| Ortiz, Bernabe | | | | |
| Guadalupe Vazquez, Maria | | | | |
| Carmona Barron, Jamie | | | | |
| Y Nino, Monica | | | | |
| L. Pelayo, Jose | | | | |

| | | | | |
|---|---|---|---|---|
| Godinez, Alejandra | | | | |
| E Argueta Escobar, Rosa | | | | |
| Stevens, Tammy | | | | |
| A Tapia, Hugo | | | | |
| Esperanza Rubio Lozoya, Jailyn | | | | |
| Abaloz, Lorenzo | | | | |
| De Jesus Brambila, Jose | | | | |
| Ponce, Juan | | | | |
| Burciaga, Rodrigo | | | | |
| Hernandez, Ricardo | | | | |
| P Grimaldo Gutierrez, Karla | | | | |
| Uribe Lopez, Rodolfo | | | | |
| M Neri Godinez, Victor | | | | |
| Carillo, Mauro | | | | |
| Diaz, Jackelin | | | | |
| Calderon, Jose | | | | |
| Jara Figueroa, Nazaro | | | | |
| Rodriguez {P}, Raul | | | | |
| Guzman {P}, Martin | | | | |
| Argueta, Rosa | | | | |
| E Lamas, Gilberto | | | | |
| Lopez Cortez, Brenda | | | | |
| Alberto Trudencio, Esequiel | | | | |
| Garcia Santacruz, Sergio | | | | |
| Godinez Medina, Belisario | | | | |
| Ramirez, Juan | | | | |
| Vidales {H}, Ricardo | | | | |
| Gomez, Roman | | | | |
| Diaz Gadea, Heliodoro | | | | |
| Gilbert Bracamonte Jr, Angel | | | | |
| Lopez, Angelica | | | | |
| Manuel Neri, Victor | | | | |
| V Ramirez, Cesar | | | | |
| 1, Undisclosed | | | | |
| Angel Ruiz Velazquez, Juan | | | | |
| Carmona, Jaime | | | | |
| 2, Undisclosed | | | | |
| 3, Undisclosed | | | | |
| 4, Undisclosed | | | | |
| 5, Undisclosed | | | | |
| C Perez, Manuel | | | | |
| 6, Undisclosed | | | | |
| C Garcia Becerra, Maria | | | | |
| 7, Undisclosed | | | | |
| 8, Undisclosed | | | | |

| | | | | |
|---|---|---|---|---|
| 9, Undisclosed | | | | |
| Diaz {R}, Neptali | | | | |
| Urias, Alberto | | | | |
| Renteria Pena, Armando | | | | |
| Carreon, Alberto | | | | |
| 10, Undisclosed | | | | |
| 11, Undisclosed | | | | |
| 12, Undisclosed | | | | |
| 13, Undisclosed | | | | |
| 14, Undisclosed | | | | |
| Mariscol, Jaime | | | | |
| Valenzuela, Fabian | | | | |
| Guitron Jr., Mauricio. | | | | |
| 15, Undisclosed | | | | |
| Gonzales Aquino, Javier | | | | |
| Gonzalez, Yusiel | | | | |
| A Chavez, Luis | | | | |
| 16, Undisclosed | | | | |
| 17, Undisclosed | | | | |
| Valenzuela, Teresa | | | | |
| 18, Undisclosed | | | | |
| Guillen, Jesus | | | | |
| 19, Undisclosed | | | | |
| L Lopez {R}, Jose | | | | |
| 20, Undisclosed | | | | |
| Rodriguez, Carlos | | | | |
| Beltran, Yanet | | | | |
| 21, Undisclosed | | | | |
| Hernandez, Manuel | | | | |
| H Saldana Pena, Jaime | | | | |
| 22, Undisclosed | | | | |
| C. Ortiz, Macedonio | | | | |
| Beltran Nunez, Adrian | | | | |
| 23, Undisclosed | | | | |
| 24, Undisclosed | | | | |
| Correa Morales, Sergio | | | | |
| J Zamudio, Jose | | | | |
| J Lopez Castaneda, Ulises | | | | |
| Baldez, Sergio | | | | |
| 25, Undisclosed | | | | |
| 26, Undisclosed | | | | |
| 27, Undisclosed | | | | |
| 28, Undisclosed | | | | |
| 29, Undisclosed | | | | |
| D Moya Gachuzo, Luis | | | | |

| | | | | |
|---|---|---|---|---|
| Valencia, Javier | | | | |
| R Rios Rodriguez, Fausto | | | | |
| 30, Undisclosed | | | | |
| 31, Undisclosed | | | | |
| 32, Undisclosed | | | | |
| Lujano Pineda {P}, Antonio | | | | |
| A Gonzalez, Rodolfo | | | | |
| D Albino, Bernandino | | | | |
| Gutierrez-Torrez, Cain | | | | |
| P Rodriguez, Fernando | | | | |
| H Coss, Edgar | | | | |
| 33, Undisclosed | | | | |
| Hernandez, Axcel | | | | |
| Velasguez, Heber | | | | |
| Alí Falatoonzadeh, Shahean | | | | |
| Hernandez Rio, Sara | | | | |
| Galvan, Ricardo | | | | |
| Sergio Ramirez, Jose | | | | |
| Placido Mejia, Jose | | | | |
| Mendez, Marvin | | | | |
| Rayas Vazquez, Alejandro | | | | |
| Espino Hernandez, Jorge | | | | |
| Guzman, Alejandro | | | | |
| O Vargas, Salvador | | | | |
| Ruiz, Marisela | | | | |
| G Ramirez, Rafael | | | | |
| Valencia, Pedro | | | | |
| Guerrero, Alejandro | | | | |
| A Beltran Delgado, Iraymi | | | | |
| Munos, Armundo | | | | |
| Guadalupe Hernandez, J. | | | | |
| Orrantia Escobar, Edgar | | | | |
| Burciaga, Cesar. | | | | |
| Burciaga, Ramiro | | | | |
| Dominguez, benito | | | | |
| Roofing, McCormack | | | | |
| Avalos, Rodrigo | | | | |
| Market, Speadway | | | | |
| Ramos, Jose | | | | |
| Ortega Acosta, Carmen | | | | |
| 34, Undisclosed | | | | |
| A Valenzuela, Mauricio | | | | |
| Cruz Ochoa Saldana, Reigri | | | | |
| Ortega, Samuel | | | | |
| D Clark, Keenan | | | | |

| | | | | |
|---|---|---|---|---|
| T Martinez Gamboa, Sylvia | | | | |
| Cesar Alvarado Castro, Julio | | | | |
| Amaya, Daniel | | | | |
| Saldano, Jaime | | | | |
| Vasquez Rivera, Adrian | | | | |
| Vasquez Rivera, Roberto | | | | |
| Ornelas Garcia, Alfredo | | | | |
| J. Olmedo {B}, Jose | | | | |
| J Jimenez, Francisco | | | | |
| 35, Undisclosed | | | | |
| Carbajal Rojo, Mauricio | | | | |
| Miranda, Jesus | | | | |
| Luis Valenzuela Valdez, Jorge | | | | |
| Manuel Quintero, Juan | | | | |
| Montano {Tex}, Norberto | | | | |
| Valladeres, Eduardo | | | | |
| Mejia, Juan | | | | |
| Moreno, Heriberto | | | | |
| Sergio Ramirez, Joses | | | | |
| Torres {H}, Rodrigo | | | | |
| Castillo, Jose | | | | |
| Lopez, Carmen | | | | |
| Luis Sanchez Arzavala, Jorge | | | | |
| Munos, Jesus | | | | |
| Trejo, Pedro | | | | |
| de la Fuenta, Rosalba | | | | |
| del Toro Rodriguez, Basilio | | | | |
| 36, Undisclosed | | | | |
| Drown, Charles | | | | |
| Urrutia, Camila | | | | |
| B Carranza Montano, Jose | | | | |
| E Parrilla, William | | | | |
| Luis Vidot, Jorge | | | | |
| Sausedo, Miguel | | | | |
| Ramos, Esther | | | | |
| Nino, Monica | | | | |
| Limon, Salvador | | | | |
| Olmedo, Martin | | | | |
| Hurtado, Karla | | | | |
| Gonzalez Martinez, Jimmy | | | | |
| Acosta, Maria | | | | |
| L Miranda, Maria | | | | |
| Avila Alatorre, Salvador | | | | |
| A Valenzuela, Osvaldo | | | | |
| Corral, David | | | | |

| | | | | |
|---|---|---|---|---|
| 37, Undisclosed | | | | |
| 38, Undisclosed | | | | |
| T Gonzalez, Erendira | | | | |
| M Romero {P}, Jesus | | | | |
| Lopez, Martin | | | | |
| A Falatoonzadeh, Shahean | | | | |
| Francisco Ismerio, Jose | | | | |
| 39, Undisclosed | | | | |
| 40, Undisclosed | | | | |
| Sandoval, Edgar | | | | |
| 41, Undisclosed | | | | |
| Torres {P}, Francisco | | | | |
| 42, Undisclosed | | | | |
| G Zavala, Cristian | | | | |
| Luis Delgado, Jose | | | | |
| Emilio Zepeda, Josi | | | | |
| Trinidad Navarro, Jose | | | | |
| 43, Undisclosed | | | | |
| G Barron Zavala, Julio | | | | |
| 44, Undisclosed | | | | |
| Paredes, Ernesto | | | | |
| Gomez, Gabriela | | | | |
| Martinez, Maria | | | | |
| C Fierro Pineda, Jose | | | | |
| Vega Moreno, Guadalupe | | | | |
| A Lerma Corrales, Oswaldo | | | | |
| Garcia, Sofia | | | | |
| 45, Undisclosed | | | | |
| H Meraz Pineda, Gustavo | | | | |
| 46, Undisclosed | | | | |
| A Osorio Alvarado, Luis | | | | |
| C Tanori Nunez, Hector | | | | |
| Van De Lisle, Alexander | | | | |
| Carranza, Jose | | | | |
| 47, Undisclosed | | | | |
| Flores, Edgar | | | | |
| D Ortiz-Anguiano, Luis | | | | |
| Herrera, Gonzalo | | | | |
| F Vidales Gabriel, Eduardo | | | | |
| Vidales Gabriel, Jose | | | | |
| 48, Undisclosed | | | | |
| Gutierrez, Luis | | | | |
| T Gatica, Fernando | | | | |
| Martinez Beltran, Juan | | | | |
| Fuentas, Olivia | | | | |

| | | | |
|---|---|---|---|
| Lopez, Yazmin | | | |
| Vazquez Cosme, Rafael | | | |
| C Vazquez Gonzalez, Juan | | | |
| L Padilla, Guadalupe | | | |
| Urbieta, Ector | | | |
| C Becerril, Adolfo | | | |
| G Vera, Armando | | | |
| Ibarra Herrera, Ruben | | | |
| Dolores Aguilar, Maria | | | |
| 49, Undisclosed | | | |
| Valentin Castro, Geiven | | | |
| Zarco, Sergio | | | |
| Gallego, Esequiel | | | |
| E Arreguin Sanchez, Andres | | | |
| Pena, Bryan | | | |
| P Ramos {T}, Gabriel | | | |
| Aguero Durazo, Adilene | | | |
| R Mendoza, Oscar | | | |
| 50, Undisclosed | | | |
| 51, Undisclosed | | | |
| A Ortiz, Manuel | | | |
| Laris, Mariana | | | |
| Sanchez, Miguel | | | |
| E Soto, Ricardo | | | |
| Aboites, Rene | | | |
| Medina., Sergio | | | |
| Salgado, Jorge | | | |
| Payan Villegas, Nayely | | | |
| Morales, Felipe | | | |
| Luis Ricko, Jose | | | |
| Antillon, Jorge | | | |
| Burciaga, Dubby | | | |
| Sanchez, Gildardo | | | |
| Carillo Aviana, Adrian | | | |
| Osuna, Raynaldo | | | |
| Angel Luna Rivera, Jose | | | |
| Estrada Lopez, Erasmo | | | |
| Martinez, Juvenal | | | |
| Cortez, Sergio | | | |
| 52, Undisclosed | | | |
| Gutierrez, Ruben | | | |
| Felix, Raul | | | |
| Bernal, Claudeth | | | |
| Monroy, Gustavo | | | |
| Hernandez De La Cruz, Patricia | | | |

| | | | | |
|---|---|---|---|---|
| 53, Undisclosed | | | | |
| Anaya, Fernando | | | | |
| Martinez, Felisiano | | | | |
| A Mujica, Michael | | | | |
| Cadenas, Herminio | | | | |
| Lopez Gutierrez, Daniel | | | | |
| Amaya, Jorge | | | | |
| H Benitez Villegas, Raul | | | | |
| Guerra, Juan | | | | |
| Guerra, Mauricio | | | | |
| Munoz Lopez, David | | | | |
| 54, Undisclosed | | | | |
| 55, Undisclosed | | | | |
| 56, Undisclosed | | | | |
| 57, Undisclosed | | | | |
| 58, Undisclosed | | | | |
| 59, Undisclosed | | | | |
| Calixtro Chavira, Hector | | | | |
| 60, Undisclosed | | | | |
| Garcia, Lizbeth | | | | |
| 61, Undisclosed | | | | |
| 62, Undisclosed | | | | |
| Ray Velarde, Angel | | | | |
| Ortega, Julio | | | | |
| I Bonilla, Jose | | | | |
| Guitron, Mauricio | | | | |
| Sanchez Leyva, Daniel. | | | | |
| Sanchez, Dolores | | | | |
| Isabel Luna, Leticia | | | | |
| Gamez, Roman | | | | |
| R Carranza, Elmer | | | | |
| Acosta, Karla | | | | |
| Antonio Perez Valencia, Juan | | | | |
| Zarate Herrera, Juan | | | | |
| del Rio Pinal, Aristeo | | | | |
| Chavez, Alejandro | | | | |
| F Munoz Acosta, Luis | | | | |
| Hernandez, Salvador | | | | |
| Hernandez Torrez {H}, Miguel | | | | |
| Palomero, Luis | | | | |
| Mendez, Juan | | | | |
| Maldonado, Jose | | | | |
| C Cabrera, Salvador | | | | |
| Arambula, Carlos | | | | |
| Dias, Angel | | | | |

| | | | | |
|---|---|---|---|---|
| 63, Undisclosed | | | | |
| Rodriguez, Raul | | | | |
| Angulo Martinez, Antonio | | | | |
| Burciaga, Rodrigo. | | | | |
| Almanza Rodriguez {P}, Karina | | | | |
| Garcia, Monica | | | | |
| Giron, Elio | | | | |
| Carbajal Montes {T}, Claudia | | | | |
| 64, Undisclosed | | | | |
| Montano Rojo, Sergio | | | | |
| Castillo Arredondo, Filiberto | | | | |
| Cervantes Ortiz, Julio | | | | |
| Gutierrez Arriaga, Valentin | | | | |
| 65, Undisclosed | | | | |
| A Diaz Hernandez, Juan | | | | |
| Martinez, Alejandro | | | | |
| G Contreras, Aaron | | | | |
| 66, Undisclosed | | | | |
| Vazquez, Luciano | | | | |
| Ponce Gutierrez, Jorge | | | | |
| 67, Undisclosed | | | | |
| Esvel Esparza, Heber | | | | |
| Estrada, Miguel | | | | |
| G Velazquez-Velasco, Yessenia | | | | |
| Rodriguez, Guadalupe | | | | |
| Tapia Diosdado {P}, Sergio | | | | |
| Flores, Lupe | | | | |
| 68, Undisclosed | | | | |
| 69, Undisclosed | | | | |
| Flores, Guadalupe | | | | |
| C Ruiz, Leeisdy | | | | |
| A Bernal Gamez, Jorge | | | | |
| C. Perez, Oscar | | | | |
| Aparicio, Fernando | | | | |
| Martinez, Jesus | | | | |
| Gonzales Garcia, Pedro | | | | |
| 70, Undisclosed | | | | |
| Medrano, Rafael | | | | |
| A Aguilar Jr, Bernardo | | | | |
| Ortega {P}, Consuelo | | | | |
| R Jimenez, Arturo | | | | |
| 71, Undisclosed | | | | |
| Manuel Ballesteros, Victor | | | | |
| Luis Rangel Martinez, Jose | | | | |
| Montano, Norberto | | | | |

| | | | | |
|---|---|---|---|---|
| Robles, Armando | | | | |
| Murillo Lemus, Esteban | | | | |
| Chavez Ceballos, Vianey | | | | |
| 72, Undisclosed | | | | |
| Salgado Velazquez, Hemerejild | | | | |
| H Figueroa, Carlos | | | | |
| Villalobos Velasco, Leobardo | | | | |
| Vargas, Alfredo | | | | |
| Gutierrez Arriaga, Rigoberto | | | | |
| 73, Undisclosed | | | | |
| Arballo, Joel | | | | |
| Felix Castillo, Armando | | | | |
| 74, Undisclosed | | | | |
| Millan Vazquez, Isabella | | | | |
| 75, Undisclosed | | | | |
| Peralta Hernandez, Daniel | | | | |
| Argueta, Saul | | | | |
| Mendez, Ruben | | | | |
| Ayala Perez, Omar | | | | |
| Jimenez, Francisco | | | | |
| 76, Undisclosed | | | | |
| Eduardo Perez, Mario | | | | |
| Cardenas, Blanca | | | | |
| Ornelas {H}, Marcial | | | | |
| R Delgado, Manuel | | | | |
| H Meraz, Luis | | | | |
| Ramon Rocha Cigarroa, Jose | | | | |
| Javier Martinez, Jose | | | | |
| Garcia, Angela | | | | |
| Osuna, Rainado | | | | |
| Eduardo Montez, Bryan | | | | |
| 77, Undisclosed | | | | |
| Aguero Durazo, Lorena | | | | |
| Antonio Casillas, Juan | | | | |
| Figueroa, Joel | | | | |
| Tanori, Cesar | | | | |
| Gaspar, Juan | | | | |
| Alexy Mejia Rios, Genry | | | | |
| Rico, Alejandro | | | | |
| Williams, Edward | | | | |
| Aviles Lopez, Claudia | | | | |
| Godinez, Daniel | | | | |
| Nevarez, Andres | | | | |
| Morales, Mauricio | | | | |
| 78, Undisclosed | | | | |

| | | | | |
|---|---|---|---|---|
| 79, Undisclosed | | | | |
| 80, Undisclosed | | | | |
| F Miranda, Jorge | | | | |
| Sanchez, Armando | | | | |
| 81, Undisclosed | | | | |
| Moran Castillo, Yuri | | | | |
| H. Molina, Ivan | | | | |
| Ramirez, Daniel | | | | |
| 82, Undisclosed | | | | |
| 83, Undisclosed | | | | |
| 84, Undisclosed | | | | |
| Rodriguez {H}, Rodolfo | | | | |
| Mendoza Leon, Salvador | | | | |
| B Montoya, Alejandro | | | | |
| Blades, Sergio | | | | |
| Calixto, Gerardo | | | | |
| Lagunas, Victor | | | | |
| Vazquez, Lucio | | | | |
| Vega, Valentino | | | | |
| Q Macias, Oscar | | | | |
| 85, Undisclosed | | | | |
| Vazquez, Alfredo | | | | |
| Herrera Monroy, Oscar | | | | |
| Adrian Guzman, Carlos | | | | |
| Delgado, Iracema | | | | |
| Aguilar Aldana, Pedro | | | | |
| Maria Facios, Rosa | | | | |
| Ivan Rumbo Luna, Jose | | | | |
| Rumbo Luna, Oscar | | | | |
| Martinez Beltran, Jesus | | | | |
| Rojas Tiznado, Milagros | | | | |
| Alverto Vera Martinez, Luis | | | | |
| Gallardo, Faber | | | | |
| 86, Undisclosed | | | | |
| Diego G Lizarraga, Juan | | | | |
| Leyva, Luis | | | | |
| Vazquez, Flaviano | | | | |
| Rivas, Criseth | | | | |
| M Ramirez, Martin | | | | |
| Guillen, Emmanuel | | | | |
| M Enriquez, Noe | | | | |
| P. Vargas., Cesar | | | | |
| 87, Undisclosed | | | | |
| Noe Lozada Leyva, Sergio | | | | |
| Garcia, Roberto | | | | |

| | | | | |
|---|---|---|---|---|
| Flores Perez, Juan | | | | |
| Reyes, Michael | | | | |
| Diaz, Felix | | | | |
| Diaz, Jose | | | | |
| 88, Undisclosed | | | | |
| Barron Castillo, Candelario | | | | |
| Y Yanez Ramos, Maria | | | | |
| Adame, Carlos | | | | |
| Ramos, Roberto | | | | |
| 89, Undisclosed | | | | |
| 90, Undisclosed | | | | |
| 91, Undisclosed | | | | |
| 92, Undisclosed | | | | |
| Avila, Enrique | | | | |
| Miguel Verduzco Mendoza, Jos | | | | |
| J Olmedo Soto, Jose | | | | |
| 93, Undisclosed | | | | |
| 94, Undisclosed | | | | |
| Bernal, Leandro | | | | |
| Villalobos Leon, Rosa | | | | |
| Antunes Vazquez, Alonso | | | | |
| Perez, Luis | | | | |
| Garcia, Valdemar | | | | |
| Isabel Bonilla, Jose | | | | |
| Rodriguez Olivarria, Martha | | | | |
| 95, Undisclosed | | | | |
| Sabrina Guerra, Ashlee | | | | |
| Garcia, Osvaldo | | | | |
| Licea, David | | | | |
| Godinez Zavala, Cristian | | | | |
| Juan Zamudio, Jose | | | | |
| Guzman, Daniel | | | | |
| Ortiz, Pedro | | | | |
| Medrano., Rafael | | | | |
| 96, Undisclosed | | | | |
| Caratachea, Alexander | | | | |
| 97, Undisclosed | | | | |
| 98, Undisclosed | | | | |
| Jaramillo Hernandez, Fabian | | | | |
| Contreras, Gustavo | | | | |
| 99, Undisclosed | | | | |
| C Canizales {H}, Reyna | | | | |
| Cueva Barbosa, Dagoberto | | | | |
| 100, Undisclosed | | | | |
| 101, Undisclosed | | | | |

| | | | | |
|---|---|---|---|---|
| C Estrada Esparza, Pedro | | | | |
| Rodrigues, Fidencio | | | | |
| Espana Martinez, Mario | | | | |
| Andrade Vargas, Francisco | | | | |
| 102, Undisclosed | | | | |
| Dubon, Jose | | | | |
| Bernal, Moises | | | | |
| Cuevas Vargas, Eduardo | | | | |
| Lopez Lopez, Nancy | | | | |
| Garcia Vargas, Inocencio | | | | |
| Garcia, Luis | | | | |
| Saenz Chacon, Gerardo | | | | |
| Avalos, Daniel | | | | |
| Vasquez, Luis | | | | |
| Ponce, Jorge | | | | |
| 103, Undisclosed | | | | |
| Carlos Banuelos, Juan | | | | |
| Vidales, Roberto | | | | |
| 104, Undisclosed | | | | |
| E Castillo Mejia, Edwin | | | | |
| A Morales Anzueto, Luis | | | | |
| Valdez, Jose | | | | |
| Guzman, Martin | | | | |
| Aldana Lopez, Fabian | | | | |
| Soqui, Daniel | | | | |
| Gaspar Ramos, Juan | | | | |
| Gonzalez Morales, Arturo | | | | |
| 105, Undisclosed | | | | |
| Moreno, Luis | | | | |
| Gardea, Alejandro | | | | |
| Hernandez Rivera, Emeterio | | | | |
| Quintero, Manuel | | | | |
| M Carreon, Dulce | | | | |
| Valdovinos Torres, Jaime | | | | |
| C Canizales, Reyna | | | | |
| Saldana Pena, Jaime | | | | |
| 106, Undisclosed | | | | |
| Luna, Jose | | | | |
| Ines Castellon Meza, Jorge | | | | |
| Barraza Barbosa, Francisco | | | | |
| 107, Undisclosed | | | | |
| Balderrama, Jesus | | | | |
| 108, Undisclosed | | | | |
| Cruz Lopez, Fernando | | | | |
| Gomez Martinez, Angel | | | | |

| | | | |
|---|---|---|---|
| A Araiza Sanches, Jose | | | |
| Durazo, Artemisa | | | |
| A Segovia, Homero | | | |
| Ontiveros, Martin | | | |
| 109, Undisclosed | | | |
| Bernal, Cristian | | | |
| Morales, Alejandro | | | |
| Cruz, Benito | | | |
| Castro, Jose | | | |
| Huerta Lopez, Stephanie | | | |
| G Herrera Lemus, Carlos | | | |
| A Cardenas, Jesus | | | |
| Rodriguez, Jorge | | | |
| Ruelas Perez, Fabiola | | | |
| Ruiz, Martin | | | |
| 110, Undisclosed | | | |
| Santos, Erika | | | |
| Peralta, Carlos | | | |
| Alvarado, Alan | | | |
| P Ramos, Gabriel | | | |
| J Cardenas, Ramon | | | |
| Chavez Novoa, Eduardo | | | |
| Hernandez, Claudia | | | |
| 111, Undisclosed | | | |
| Luna, Adan | | | |
| 112, Undisclosed | | | |
| Araballo Lopez, Joel | | | |
| Cota, Juan | | | |
| Ibarra, Jesus | | | |
| Martinez, Angel | | | |
| Manuel Vazquez, Jose | | | |
| Valdez, Sergio | | | |
| Molina, Sergio | | | |
| Yanez Ramos, Daniel | | | |
| Antonio Torres, Jesus | | | |
| M Lopez, Rosa | | | |
| R Saldana Constantino, Jesus | | | |
| Ornelas, Marcial | | | |
| Delgado, Fabian | | | |
| Martinez, Elisa | | | |
| Cortez, Armando | | | |
| Mendoza, Armando | | | |
| Sanchez Lopez, Misael | | | |
| Gamez, Natanael | | | |
| R Tiznado, Milagros | | | |

| | | | | |
|---|---|---|---|---|
| S Jimenez, Arquimides | | | | |
| Magdeleno, Luis | | | | |
| Ocana Esquipula, Jesus | | | | |
| A Bernal, Angel | | | | |
| Lopez, Arturo | | | | |
| Moreno, Miguel | | | | |
| Santos, Dolores | | | | |
| Anduro, Gabriela | | | | |
| Granandos, Joaquin | | | | |
| Hernandez, Guillermo | | | | |
| D Lopez, Leonor | | | | |
| M Heredia, Gabriel | | | | |
| Hernandez, Benito | | | | |
| Medina Garcia, Armando | | | | |
| Marco del Toro, Juan | | | | |
| 113, Undisclosed | | | | |
| Fraijo, Alma | | | | |
| Morales Anzueto, Alejandro | | | | |
| Bernardo Hernandez, Jose | | | | |
| 114, Undisclosed | | | | |
| Guzman, Adrian | | | | |
| Romero, Jesus | | | | |
| Alberto Licea Solis, Daniel | | | | |
| Leyva Duarte, Paola | | | | |
| Barraza, Armando | | | | |
| 115, Undisclosed | | | | |
| Osuna, Reynaldo | | | | |
| Luis Caballero, Jose | | | | |
| L Moran Vazquez, Jose | | | | |
| R. Bracamontes, Eliseo | | | | |
| 116, Undisclosed | | | | |
| Torres, Javier | | | | |
| 117, Undisclosed | | | | |
| Arenas, Alfonso | | | | |
| Cervantes, Pedro | | | | |
| Armenta, Isidor | | | | |
| C Gonzalez Mendoza, Javier | | | | |
| Vargas, Fernando | | | | |
| Jimenez Rodriguez, Arturo | | | | |
| Omar Rivas, Manuel | | | | |
| Tapia Lopez, Manuel | | | | |
| L Placencia, Jose | | | | |
| Gomez Lopez, Melesio | | | | |
| Arvizu, Sergio | | | | |
| Salayandia Vidana, Cristina | | | | |

| | | | |
|---|---|---|---|
| Espinoza Castro, Francisco | | | |
| 118, Undisclosed | | | |
| Emanuel Ancira, Jesus | | | |
| Jose Jaramillo {P}, Juan | | | |
| Tapia, Edgar | | | |
| De La Cruz, Alfonso | | | |
| Guzman, Adrian | | | |
| 133, Undisclosed | | | |
| Lopez, Maria | | | |
| Barajas, Roberto | | | |
| I Bonilla Robles, Jose | | | |
| M Jimenez, Gerardo | | | |
| V Hernandez, Eduardo | | | |
| Vasquez, Miguel | | | |
| Estrada, Martin | | | |
| 119, Undisclosed | | | |
| H Pena Guerrero, Jaime | | | |
| 120, Undisclosed | | | |
| Molina, Jorge | | | |
| Rivera Villa, Jose | | | |
| Moreno Hernandez, Ever | | | |
| Romero, Javier | | | |
| Martinez, Emilio | | | |
| Vazquez, Jose | | | |
| Torres, Jorge | | | |
| Duarte, Leonora | | | |
| M Bazua Tapia, Jose | | | |
| Navarrete, Ramon | | | |
| 121, Undisclosed | | | |
| G Medina, Belisario | | | |
| Montes Felix, Rosario | | | |
| 122, Undisclosed | | | |
| del Toro, Carlos | | | |
| 123, Undisclosed | | | |
| Luis Tapia, Jose | | | |
| Hernandez Ayon, Manuel | | | |
| Garcia, Pablo | | | |
| Felix, Manuel | | | |
| A Renteria, Carlos | | | |
| J Saldana Garcia, Francisco | | | |

| | | | | |
|---|---|---|---|---|
| Mendoza, Antonio | | | | |
| Eduardo Serrano, Jesus | | | | |
| Duran, Laura | | | | |
| C Garcia Becerra, Juan | | | | |
| Serna Carreon, Miguel | | | | |
| Angel del Toro, Pedro | | | | |
| Jose Medina H, Juan | | | | |
| Luis Medina, Jose | | | | |
| 124, Undisclosed | | | | |
| 125, Undisclosed | | | | |
| Lara, Eduardo | | | | |
| Bermudez, Francisco | | | | |
| Rodriguez, Christian | | | | |
| M Miranda, Jesus | | | | |
| 126, Undisclosed | | | | |
| M Madrid, Cesar | | | | |
| Perez Hernandez, Marco | | | | |
| O Pinion, Luis | | | | |
| Moreno, Antonio | | | | |
| Magdaleno Ramos, Everardo | | | | |
| Romero, Mario | | | | |
| Alvarado, Sergio | | | | |
| Jose Martinez Lopez, Juan | | | | |
| Tenorio, Antonio | | | | |
| Cervantez Quezada, Antonio | | | | |
| 127, Undisclosed | | | | |
| Yovani Linares, Mainor | | | | |
| Flores, Samuel | | | | |
| Manuel Meza Lopez, Victor | | | | |
| 128, Undisclosed | | | | |
| Torres, Rosario | | | | |
| Zamudio Morales, Jaime | | | | |
| Molina, Hector | | | | |
| Velasco Hernandez, Pedro | | | | |
| T Diosdado, Sergio | | | | |
| 129, Undisclosed | | | | |
| Montez Rodriguez, Ernesto | | | | |
| Pena Delgadillo, Erik | | | | |
| Alvarez Montes, Maricela | | | | |
| 130, Undisclosed | | | | |
| Cesar Ramirez, Julio | | | | |
| M Angulo, Miguel | | | | |
| Sanchez, Francisco | | | | |
| Martinez, Enrique | | | | |
| Acuna, Jose | | | | |

| | | | | |
|---|---|---|---|---|
| Efrain Fierro Alvarez, Freddy | | | | |
| Mejia Gomez, Placido | | | | |
| Robeldo, Matilda | | | | |
| Ramirez, Victor | | | | |
| Jimenez, Jaime | | | | |
| Jara Diaz, Jesus | | | | |
| Alonso Gomez, Ricardo | | | | |
| Villa, Ricardo | | | | |
| 131, Undisclosed | | | | |
| De Leon Diaz, Fortino | | | | |
| Alberto Maciel Bermudez, Jesu | | | | |
| Elena Contreras, Claudia | | | | |
| Pena Lopez, Martin | | | | |
| Z Taping, Peve | | | | |
| E Moran Castillo, Abdiel | | | | |
| Diaz, Efren | | | | |
| Solorio Duarte, Luis | | | | |
| Gonzalez, Jesus | | | | |
| Zenil, Constantino | | | | |
| Perez, Hugo | | | | |
| Trinidad Landeros, Maria | | | | |
| Avalos, Francisco | | | | |
| 132, Undisclosed | | | | |
| Ibarra Valenzuela, Eloisa | | | | |
| Loza Flores, Fortunato | | | | |
| 142, Undisclosed | | | | |
| 133, Undisclosed | | | | |
| Torres, Alfonso | | | | |
| Flores Gurrola, Omar | | | | |
| Garcia, Daniel | | | | |
| L Padilla, Jose | | | | |
| Juarez Figueroa, Victor | | | | |
| M Pinuelas, Gustavo | | | | |
| Valenzuela, Hector | | | | |
| A Flores Lopez, Luis | | | | |
| Flores, Sergio | | | | |
| Enriquez, Noe | | | | |
| 134, Undisclosed | | | | |
| Rios, David | | | | |
| Aviles Avila, Martin | | | | |

| | | | | |
|---|---|---|---|---|
| Zazueta, Alid | | | | |
| 135, Undisclosed | | | | |
| 136, Undisclosed | | | | |
| Bermudez Torres, Filiberto | | | | |
| Rendon Martinez, Zurimayrani | | | | |
| 137, Undisclosed | | | | |
| Ryan Rodriguez, Rene | | | | |
| Bermudez, Cristobal | | | | |
| J Olmedo, Jose | | | | |
| A Cabrales Garcia, Jesus | | | | |
| Salgado Velazquez, Saul | | | | |
| Salas, Mario | | | | |
| A Tavera, Rodrigo | | | | |
| Felix, Jamie | | | | |
| S Galvan, David | | | | |
| 138, Undisclosed | | | | |
| Meza. Torres, Mauricio | | | | |
| Hernandez, Lizbeth | | | | |
| A Lagunas Vazquez, Miguel | | | | |
| O Ortega, Yanais | | | | |
| Burciaga, Ramon | | | | |
| A Benitez Villegas, Christian | | | | |
| Lopez, Fernando | | | | |
| Mendoza Enriquez, Erik | | | | |
| Acuna, Ivan | | | | |
| Ruiz, Luis | | | | |
| Alberto Flores, Jose | | | | |
| V Hernandez, Gilberto | | | | |
| Tapia {P}, Hugo | | | | |
| A Monroy, Carlos | | | | |
| J. Olmedo, Jose | | | | |
| Dimas Castro, Jesus | | | | |
| G Garcia, Pedro | | | | |
| Castillo, Noel | | | | |
| Verdin, Ramon | | | | |
| Diaz Mellan, Salomon | | | | |
| Arellano, Jose | | | | |
| Noe Villasenor Verdin, Cesar | | | | |
| Rios, Zacarias | | | | |
| Lara Geronimo {P}, Sergio | | | | |
| 139, Undisclosed | | | | |
| 140, Undisclosed | | | | |
| M Cardenas Hernandez, Jose | | | | |
| Castro, Lucia | | | | |
| Ortiz Mendez, Carlos | | | | |

| | | | |
|---|---|---|---|
| 141, Undisclosed | | | |
| R Rocha Cigarroa, Jose | | | |
| Barraza Moran, Oscar | | | |
| Antonio Lopez, Jose | | | |
| Ancira, Arturo | | | |
| De Jesus Arias, Jose | | | |
| 142, Undisclosed | | | |
| 143, Undisclosed | | | |
| Salgado, Alvaro | | | |
| Tapia, Ivan | | | |
| Renteria, Jesus | | | |
| Garcia Luna, Ulises | | | |
| Vazquez Rivera, Roberto | | | |
| Vidales, Ricardo | | | |
| Jesus Olivarria, Jose | | | |
| Martinez Romero, Jesus | | | |
| 144, Undisclosed | | | |
| Brambila, Erwin | | | |
| Tapia Diosdado, Everardo | | | |
| Ernesto Aispuro, Jose | | | |
| 145, Undisclosed | | | |
| Luna, Enrique | | | |
| Banuelos, Ramon | | | |
| Manuel Renteria, Victor | | | |
| Humberto Ocana de la, Jorge | | | |
| J Carmona, Jose | | | |
| E. Mendoza, Ezequiel | | | |
| Gomez Perez, Francisca | | | |
| Corrales, Erubiel | | | |
| Puac Maldonado, Rudy | | | |
| Lopez Rodriguez, Omar | | | |
| Tapia Juarez, Efrain | | | |
| Carreno, Fernando | | | |
| Morales, Mario | | | |
| O. Anzueto, Irma | | | |
| Garcia, Ismael | | | |
| Manuel Torres, Juan | | | |
| V Cortes, Elias | | | |
| Ivan Romero Buelna, Javier | | | |
| Rendon Lopez, Jose | | | |

| | | | | |
|---|---|---|---|---|
| Ramos, Gabriel | | | | |
| Montijo Trujillo, Fernando | | | | |
| Najera, Maricela | | | | |
| R Sigarroa, Benjamin | | | | |
| Cordova Lopez, Maria | | | | |
| Cesar, Julio | | | | |
| Campos, Jose | | | | |
| 146, Undisclosed | | | | |
| Mendoza, Juan | | | | |
| Merced Coronado Arechiga, Jo | | | | |
| A Vazquez Gutierrez, Ernesto | | | | |
| B Cortes, Alfredo | | | | |
| Pinedo, Miguel | | | | |
| Ortiz, Jesus | | | | |
| De Jesus Arias, Jose | | | | |
| A Perez, Carlos | | | | |
| A Perez, Federico | | | | |
| Arias Perez, Celedonio | | | | |
| Galindo Morales, Apolinar | | | | |
| 147, Undisclosed | | | | |
| Osuna, Cruz | | | | |
| Romero, Juan | | | | |
| Hernandez, Oscar | | | | |
| 148, Undisclosed | | | | |
| A Bautista Rivera, Jose | | | | |
| Solario Frutos, Huber | | | | |
| Evangelista, Viridiana | | | | |
| Duarte Cortez, David | | | | |
| 149, Undisclosed | | | | |
| Ancira Gomez, Fermin | | | | |
| Carrera, Daniel | | | | |
| A Martinez, Jose | | | | |
| Ruiz, Castulo | | | | |
| Lerma, Antonio | | | | |
| 150, Undisclosed | | | | |
| Tambriz Estrada, Pasqual | | | | |
| Escamilla Garcia, Rufino | | | | |
| B Carrillo, Juan | | | | |
| Arellanes, Aureliano | | | | |
| Cigarroa, Fernando | | | | |

| | | | | |
|---|---|---|---|---|
| Mejia, Benjamin | | | | |
| Zavala, Mario | | | | |
| Diaz, Angel | | | | |
| 151, Undisclosed | | | | |
| Felix Morales, Jorge | | | | |
| Guillermo Perfecto, Carlos | | | | |
| C Bracamontes, Juan | | | | |
| Soto Fabela, Zenon | | | | |
| Castro, Ignacio | | | | |
| 152, Undisclosed | | | | |
| Acosta, Armando | | | | |
| Ortiz, Jesus | | | | |
| Hernandez, Jerardo | | | | |
| Rodriguez, Alex | | | | |
| Roberto Morales, Jose | | | | |
| Alejandro Labrada, Mario | | | | |
| C Gastelum Armenta, Juan | | | | |
| Munoz Lopez, Daniel | | | | |
| Martinez Sr., Juan | | | | |
| Audeves Valles, Jose | | | | |
| Villegas Guarneros, Andres | | | | |
| Hurtado Contreras, Joel | | | | |
| 153, Undisclosed | | | | |
| Villegas, Ismael | | | | |
| Villapua, Luis | | | | |
| A Leon, Jesus | | | | |
| Sanchez, Manuel | | | | |
| M. Benitez Kuri, Erick | | | | |
| Villegas, Humberto | | | | |
| 154, Undisclosed | | | | |
| Gonzales, Juan. | | | | |
| Hernandez Sandoval, Miguel | | | | |
| Alvarez, Martin | | | | |
| Gamez, Santos | | | | |
| Anguiano, Jesus | | | | |
| 155, Undisclosed | | | | |
| Prazediz, Lucas | | | | |
| Colin Ruiz, Felix | | | | |
| Chinchilla, Blademir | | | | |
| A Hernandez, Juan | | | | |

| | | | |
|---|---|---|---|
| Guzman Gutierrez, Carlos | | | |
| Lopez Fernandez, David | | | |
| Acosta, Armando | | | |
| Valadez, Dario | | | |
| Torres Venegas, Alfonso | | | |
| Aguilar, Jorge | | | |
| B Torres, Francisco | | | |
| 156, Undisclosed | | | |
| Flores Rodriguez, Jesus | | | |
| Gonzalez, Miguel | | | |
| Garcia Tapia, Andres | | | |
| Guadalupe Flores, J. | | | |
| Palacio., Gonzalo | | | |
| Torres, Francisco | | | |
| Barajas, Jesus | | | |
| Torres-Sosa, Edwin | | | |
| 157, Undisclosed | | | |
| Flores Ortiz, Jaime | | | |
| Armenta, Manuel | | | |
| | | | |
| Lopez Fernandez, David | | | |
| Guerrero Lopez, Rigoberto | | | |
| G. Ramos, Victor | | | |
| Livingston, Nelson | | | |
| Ortega, Josue | | | |
| A Lopez, Roberto | | | |
| G Remigio, Jose | | | |
| Guerra Perez, Arnulfo | | | |
| Santiago, Oscar | | | |
| Canchola, Alberto | | | |
| A. Castaneda, Manuel | | | |
| 159, Undisclosed | | | |
| Castaneda Alcala, Ramiro | | | |
| Perez, Jose | | | |
| Luis Reyes, Jose | | | |
| 160, Undisclosed | | | |
| Castaneda, Enrique | | | |
| Rodriguez, Lorenzo | | | |
| Partida, Victor | | | |
| Toscano, Francisco | | | |
| Cordova, Hugo | | | |
| 158, Undisclosed | | | |
| De La Rosa Rodriguez, Gibran | | | |

t